| | | |
|---|---|---|
| People v Hutter | 1st Dept: 143 AD3d 574 (NY) | denied 12/12/16 (Pigott, J.) |
| People v Ingram | 2d Dept: 142 AD3d 676 (Westchester) | denied 12/19/16 (Rivera, J.) |
| People v James | 4th Dept: 142 AD3d 1290 (Monroe) | denied 12/12/16 (Pigott, J.) |
| People v Johnson | App Div, 3d Dept: 2016 NY Slip Op 83653(U) (Columbia) | dismissed 12/5/16 (Fahey, J.) |
| People v Jordan | 1st Dept: 143 AD3d 524 (NY) | denied 12/6/16 (Garcia, J.) |
| People v Katehis | App Div, 2d Dept: 2016 NY Slip Op 87470(U) (Kings) | dismissed 12/12/16 (Pigott, J.) |
| People v King Whiteblood | 2d Dept: 142 AD3d 1187 (Dutchess) | denied 12/7/16 (Stein, J.) |
| People v Kinsler | 1st Dept: 142 AD3d 926 (NY) | denied 12/21/16 (Fahey, J.) |
| People v Kraja | App Div, 2d Dept: 2016 NY Slip Op 86578(U) (Kings) | dismissed 12/16/16 (Fahey, J.) |
| People v Landestoy | App Term, 1st Dept: 53 Misc 3d 138(A) (NY) | denied 12/7/16 (Stein, J.) |
| People v Lasher | App Div, 3d Dept: 2016 NY Slip Op 86471(U) (Schenectady) | dismissed 12/6/16 (Garcia, J.) |
| People v Layne | 1st Dept: 142 AD3d 769 (NY) | denied 12/19/16 (Rivera, J.) |
| People v Lebron | 2d Dept: 140 AD3d 790 (Dutchess) | denied 12/12/16 (Pigott, J.) |
| People v Lee | 2d Dept: 142 AD3d 1184 (Kings) | denied 12/6/16 (Garcia, J.) |
| People v Linguanti | 2d Dept: 143 AD3d 740 (Orange) | denied 12/13/16 (DiFiore, Ch. J.) |
| People v Lunan | 3d Dept: 141 AD3d 947 (Ulster) | denied 12/5/16 (Pigott, J.) |
| People v Marshall | 2d Dept: 143 AD3d 842 (Kings) | denied 12/13/16 (DiFiore, Ch. J.) |
| People v Martinez (Edwin) | 1st Dept: 143 AD3d 557 (Bronx) | denied 12/30/16 (DiFiore, Ch. J.) |
| People v Martinez (Gene) | 2d Dept: 142 AD3d 718 (Kings) | denied 12/19/16 (Rivera, J.) |
| People v Matthews (Burgess) | 4th Dept: 142 AD3d 1354 (Monroe) | denied 12/14/16 (Garcia, J.) (Appeal No. 1) |
| People v Matthews (Burgess) | 4th Dept: 142 AD3d 1356 (Monroe) | denied 12/14/16 (Garcia, J.) (Appeal No. 2) |
| People v McCray | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 53 Misc 3d 19 (Kings) | denied 12/13/16 (Garcia, J.) |
| People v McDermott | App Div, 4th Dept, 10/24/16 (Oneida) | dismissed 12/28/16 (Rivera, J.) |